UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                              :
JEMEL EVERETT,                                :
                                              :
                            Plaintiff,        :   **ORDER ADOPTING REPORT**
                                              :   **AND RECOMMENDATION**
            - against -                       :
                                              :   15 Civ. 0529 (BMC)(CLP)
CAPTAIN PERRY, BADGE #480,                    :
                                              :
                            Defendant.        :
------------------------------------------------------------ X

      This matter is before me on the Report and Recommendation of Magistrate Judge Cheryl L. Pollak dated October 26, 2015, in which she recommended that plaintiff's case be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. No objections have been filed to the Report and Recommendation, nor has plaintiff contacted the Court as ordered. Having reviewed the Report and Recommendation, I adopt it in full.

      It is therefore ORDERED that plaintiff's case is dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

      A copy of this Order and the Report and Recommendation will be mailed to plaintiff.

**SO ORDERED.**

                                                                    U.S.D.J.

Dated: Brooklyn, New York
       November 25, 2015